# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH POST, Individually and On Behalf of All Others Similarly Situated, ) ) )<br>Plaintiff, )<br>)<br>v. )<br>)<br>WPX ENERGY, INC., KIMBERLY S. )<br>LUBEL, JOHN A. CARRIG, DAVID F. )<br>WORK, ROBERT K. HERDMAN, KELT )<br>KINDICK, KARL F. KURZ, JACK E. )<br>LENTZ, VALERIE M. WILLIAMS, )<br>RICHARD E. MUNCRIEF, and CLAY M. )<br>GASPAR, )<br>)<br>Defendants. ) | Case No. 1:20-cv-0225-CFC |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: March 6, 2020

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
Gina M. Serra (#5387)
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: bdl@rl-legal.com
Email: gms@rl-legal.com

*Attorneys for Plaintiff*